IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LYNN SONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JIM MCMANIS, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case No.: 1:08-cv-00840 AWI TAG <br><br> ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE <br><br> ORDER SETTING ORDER TO SHOW CAUSE HEARING AND ORDER TO APPEAR AT ORDER TO SHOW CAUSE HEARING |

On June 13, 2008, Plaintiff filed the complaint in this action, alleging breach of contract and related claims involving a real estate transaction. (Doc. 1). On June 16, 2008, this Court issued an Order Setting Mandatory Scheduling Conference, and set a scheduling conference for September 17, 2008. (Doc. 7). On September 16, 2008, Plaintiff filed a motion to continue the scheduling conference because Defendant had not been served. (Doc. 8). On September 16, 2008, this Court issued a written Order granting the motion, continuing the scheduling conference to October 15, 2008, and directing Plaintiff to file a proof of service by September 26, 2008 indicating that Defendant had been properly served with all necessary pleadings, and further directing counsel to file a joint scheduling conference report by October 8, 2008. (Doc 9).

On October 15, 2008, Plaintiff failed to appear at the scheduling conference. The docket in this action reflects that as of the issuance of this Order to Show Cause on October 15, 2008, no proof of service or a joint scheduling conference report has been filed. (See docket generally). Based on the Court's docket in this action and Plaintiff's failure to appear at the scheduling conference on

1  October 15, 2008, it appears that Plaintiff has failed to comply with the Court's Orders dated June
2  16, 2008 and September 16, 2008.  (Docs. 7, 9).
3         Based on the foregoing and good cause appearing, the Court makes the following ORDERS:
4         1. That Plaintiff, no later than October 30, 2008,  must show cause in writing why sanctions,
5  including dismissal of this action, should not be imposed for failure to comply with the Court's
6  Orders dated June 16, 2008 and September 16, 2008 (Docs. 7, 9) and for failure to prosecute this
7  action; and
8         2. That an Order to Show Cause Hearing is set for Monday, November 3, 2007 at 9:30 a.m.
9  before United States Magistrate Judge Theresa A. Goldner in the United States District Court
10 Courtroom at 1300 18th Street, Bakersfield, California, and that Plaintiff's counsel SHALL
11 PERSONALLY APPEAR at the Order to Show Cause Hearing and explain why sanctions should
12 not be imposed and this action should not be dismissed, pursuant to Local Rule 11-110 for failure to
13 comply with the Court's orders and for failure to prosecute this action.
14
15 IT IS SO ORDERED.
16 Dated:   **October 15, 2008**                              **/s/ Theresa A. Goldner**
                                                               UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28