**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE SONS, an individual, ) | NO. 1:08-CV-00840-AWI-TAG |
| ) | |
| Plaintiff, ) | ORDER VACATING |
| ) | DECEMBER 1, 2008 HEARING |
| v. ) | DATE AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| JIM McMANIS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant's motion to dismiss or, alternatively, motion for more definite statement has been set for hearing in this case on December 1, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 1, 2008, is VACATED, and the parties shall not appear at that time. As of December 1, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 25, 2008**              /s/ Anthony W. Ishii
                                                                  CHIEF UNITED STATES DISTRICT JUDGE