# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE SONS, | ) | 1:08-cv-00840 AWI GSA |
| | ) | |
| | ) | ORDER REGARDING BRIEFING |
| Plaintiff, | ) | SCHEDULE, LIMITED DISCOVERY AND |
| | ) | CONTINUED SCHEDULING CONFERENCE |
| v. | ) | |
| JIM MCMANIS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 4, 2009, this matter was on calendar for a scheduling conference. Plaintiff BRUCE SONS appeared by telephone through counsel Randy Rumph. Defendant JIM McMANUS appeared by telephone through counsel Dustin S. Dodgin.

Following discussion with the parties concerning issues identified by the Court as necessitating additional and initial briefing, IT IS HEREBY ORDERED as follows:

1. The parties are to informally exchange documents relevant to the issues identified by the Court no later than **April 1, 2009**.

2. Limited discovery as to the issues identified by the Court shall be completed no later than **April 29, 2009**.

3. The parties are to brief the following four areas:

    (1) the amount in controversy as it relates to diversity jurisdiction
    (2) applicable statutes of limitation
    (3) the statute of frauds, and
    (4) res judicata

1

1  Briefs are to be filed no later than **May 13, 2009**; responding or opposition briefs shall be filed
2  no later than **May 22, 2009**.
3      A hearing on the aforementioned issues will be held on **June 5, 2009, at 9:30 a.m. in**
4  **Courtroom 10** of this Court.
5      4.   Additionally, the parties shall file a Joint Scheduling Report one week prior to the
6  hearing on June 5, 2009, for in the event the case is in a posture to proceed after the hearing, the
7  Court will hold its Scheduling Conference and will assign all relevant discovery and motion
8  deadlines, as well as calendar the matter for trial, et cetera.

13  IT IS SO ORDERED.
14  **Dated:   March 4, 2009**            **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE