BARRY L. GOLDNER, State Bar No. 107126
DUSTIN S. DODGIN, State Bar No. 245497
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
bgoldner@kleinlaw.com

Attorneys for Defendant,
JAMES McMANUS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO

BRUCE SONS, an individual,

   Plaintiff,

v.

JIM MCMANIS,

   Defendants.

Case No. 1:08-CV-00840-AWI-GSA
[Complaint Filed: 6/13/08]
Hon. Anthony W. Ishii, U.S. District Judge
Hon. Gary S. Austin, U.S. Magistrate Judge

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND LIMITED DISCOVERY**

  1. On March 4, 2009, the Court entered its Order regarding Briefing Schedule, Limited Discovery, and Continued Scheduling Conference ("the Order"), a copy of which is attached hereto as Exhibit "A."

  2. Under the Order, discovery was to be completed no later than April 29, 2009; however, the plaintiff cannot be available for depositions until May 2009 due to his work schedule.

  3. Accordingly, the parties are agreeable to moving back the remaining dates in the Order approximately one month, as follows:

    a. Limited discovery as to the issues identified by the Court shall be completed no later than May 27, 2009;

1 | b. The parties are to brief the following four areas:
2 | (1) the amount in controversy as it relates to diversity jurisdiction
3 | (2) applicable statutes of limitation
4 | (3) the statute of frauds, and
5 | (4) res judicata
6 | Briefs are to be filed no later than June 10, 2009; responding or opposition briefs
7 | shall be filed no later than June 19, 2009.
8 | A hearing on the aforementioned issues will be held on July 3, 2009, at 9:30 a.m.
9 | in Courtroom 10 of this Court.
10 | c. Additionally, the parties shall file a Joint Scheduling Report one week
11 | prior to the hearing on July 3, 2009, for in the event the case is in a posture to
12 | proceed after the hearing, the Court will hold its Scheduling Conference and will
13 | assign all relevant discovery and motion deadlines, as well as calendar the matter
14 | for trial, et cetera.

IT IS SO STIPULATED.

DATED: April 24, 2009     KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ Dustin S. Dodgin
DUSTIN S. DODGIN
Attorneys for Defendant,
JAMES McMANUS

DATED: April 24, 2009     LAW OFFICES OF RANDALL M. RUMPH

By: /s/ Randall M. Rumph
RANDALL M. RUMPH
Attorneys for Plaintiff,
BRUCE SONS

IT IS SO ORDERED.

**Dated:     April 24, 2009**                              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE