# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE SONS, | ) | 1:08-cv-00840 AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER AFTER LIMITED BRIEFING BY THE PARTIES |
| | ) | |
| v. | ) | |
| | ) | |
| JIM MCMANIS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 4, 2009, this Court requested the parties provide the court with briefing on four issues following limited discovery. (Doc. 31.) On June 10, 2009, Defendant Jim McManus filed Defendant's Brief Pursuant to Court's March 4, 2009 and April 24, 2009 Orders; Declaration of Dustin S. Dodgin re Brief; and a Request for Judicial Notice in Support of the brief. (Docs. 33-35.) Plaintiff filed his brief on that same date. (Doc. 36.)

Following receipt and review of the parties' pleadings, this Court construes Defendant's brief to be a motion to dismiss the First Amended Complaint ("FAC"). In fact, Defendant expressly requests the Court dismiss the FAC with prejudice on five separate bases. (Doc. 33.)

In light of the aforementioned, a hearing on the motion to dismiss the FAC will be held before District Judge Anthony W. Ishii on **August 5, 2009, at 1:30 p.m. in Courtroom 2**. Plaintiff shall be permitted to file an opposition to Defendant's motion to dismiss no later than seventeen (17) days preceding the hearing date; Defendant shall file any reply to the opposition no later than five (5) court days preceding the hearing date. Local Rule 78-230(c).

Finally, the scheduling conference currently set for July 6, 2009, is hereby **VACATED**. The scheduling conference shall be continued to **October 6, 2009, at 9:30 a.m.** before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

**Dated:** **June 16, 2009**         /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE