```
 1  BARRY L. GOLDNER, State Bar No. 107126
    DUSTIN S. DODGIN, State Bar No. 245497
 2  KLEIN, DENATALE, GOLDNER,
      COOPER, ROSENLIEB & KIMBALL, LLP
 3  4550 California Avenue, Second Floor
    Bakersfield, California 93309
 4  P.O. Box 11172
    Bakersfield, California 93389-1172
 5  Telephone: (661) 395-1000
    Facsimile: (661) 326-0418
 6  bgoldner@kleinlaw.com

 7  Attorneys for Defendant,
    JAMES McMANUS
 8
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| BRUCE SONS, an individual, | Case No. 1:08-CV-00840-AWI-GSA |
|---|---|
| Plaintiff, | [Complaint Filed: 6/13/2008]<br>Hon. Anthony W. Ishii, U.S. District Judge<br>Hon. Gary S. Austin, U.S. Magistrate Judge |
| v. | |
| JIM MCMANIS, | **STIPULATION TO MODIFY SCHEDULING ORDER; ORDER ON SAME** |
| Defendants. | Trial Date: December 7, 2010 |

Plaintiff, BRUCE SONS ("Sons"), and defendant, JIM MCMANUS ("McManus"), through their respective attorneys of record, respectfully submit the following Stipulation to Modify the November 5, 2009 Scheduling Order of United States Magistrate Judge Gary S. Austin (the "Scheduling Order," Exhibit A), under Rule 16(b)(4) of the Federal Rules of Civil Procedure:

1. McManus filed a Motion for Summary Judgment on June 30, 2010, which is scheduled for hearing on August 23, 2010.

2. In light of the dispositive nature of McManus's Motion for Summary Judgment and the possibility that a ruling on McManus's Motion could dispose of this case, the Parties have agreed to continue the dates or extend the cutoffs set forth in the Scheduling Order in Sections VI (Discovery Plan and Cut-Off Dates), VII (Pre-Trial Motion Schedule), VIII (Pre-Trial Conference Date), and IX (Trial Date), as follows:

PDF created with pdfFactory trial version www.pdffactory.com

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| <u>Discovery Deadlines</u> | | |
| Non-Expert | Friday, July 9, 2010 | Friday, Oct. 22, 2010 |
| Expert Disclosure | Friday, July 16, 2010 | Friday, Dec. 3, 2010 |
| Supp. Expert Disclosure | Friday, July 30, 2010 | Friday, Dec. 10, 2010 |
| Expert Discovery | Friday, Aug. 20, 2010 | Friday, Jan. 7, 2011 |
| <u>Motion Deadlines</u> | | |
| Non-dispositive | Friday, Aug. 27, 2010 | Friday, Jan. 14, 2011 |
| Dispositive | Friday, Sept. 27, 2010 | Friday, Feb. 4, 2011 |
| <u>Settlement Conference</u> | None set at this time | N/A |
| <u>Pre-Trial Conference</u> | October 28, 2010 | March 10, 2011, or a later date according to the Court's Availability |
| <u>Trial</u> | December 7, 2010 | April 19, 2011, or a later date according to the Court's availability |

**IT IS SO STIPULATED.**

DATED:  July 16, 2010           KLEIN, DeNATALE, GOLDNER,
                                   COOPER, ROSENLIEB & KIMBALL, LLP


                                 By:  /s/ Dustin S. Dodgin, Esq.
                                    DUSTIN S. DODGIN
                                    Attorneys for Defendant,
                                    JAMES McMANUS


DATED:  July 16, 2010           LAW OFFICES OF RANDALL M. RUMPH


                                 By:  /s/ Randall M. Rumph, Esq.
                                    RANDALL M. RUMPH
                                    Attorneys for Plaintiff,
                                    BRUCE SONS

//

//

PDF created with pdfFactory trial version www.pdffactory.com

**The Court has considered the parties' foregoing stipulation. The Stipulation is GRANTED IN PART and DENIED IN PART.**

**The Scheduling Order IS HEREBY MODIFIED as follows:**

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| <u>Discovery Deadlines</u> |  |  |
| Non-Expert | Friday, July 9, 2010 | Friday, Oct. 22, 2010 |
| Expert Disclosure | Friday, July 16, 2010 | Friday, Dec. 3, 2010 |
| Supp. Expert Disclosure | Friday, July 30, 2010 | Friday, Dec. 10, 2010 |
| Expert Discovery | Friday, Aug. 20, 2010 | Friday, Jan. 7, 2011 |
|  |  |  |
| **Motion Deadlines** |  |  |
| **Non-dispositive** | **Friday, Aug. 27, 2010** | **Friday, Jan. 14, 2011** |
| **Dispositive** | **Friday, Sept. 27, 2010** | **Friday, Jan. 14, 2011** |
|  |  |  |
| <u>Settlement Conference</u> | None set at this time | N/A |
|  |  |  |
| **<u>Pre-Trial Conference</u>** | **October 28, 2010** | **March 10, 2011, at 8:30 a.m. in Courtroom 2** |
|  |  |  |
| **<u>Trial</u>** | **December 7, 2010** | **May 10, 2011, at 8:30 a.m. in Courtroom 2** |

**IT IS SO ORDERED.**

Dated:  July 28, 2010                    _____/s/ Gary S. Austin<br>
                                                        United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com