1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BRUCE SONS, an individual,** | ) | **CIV F 08 - 0840 AWI TAG** |
| | ) | |
| **Plaintiff,** | ) | **ORDER VACATING** |
| | ) | **HEARING DATE OF** |
| **v.** | ) | **AUGUST 23, 2010, AND** |
| | ) | **TAKING MATTER UNDER** |
| **JIM MCMANIS,** | ) | **SUBMISSION** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

This is an action for damages by plaintiff Bruce Sons ("Plaintiff") against Jim McManis ("Defendant") for fraud and unjust enrichment.  Currently before the court is Defendant's motion for summary judgment or summary adjudication on Plaintiffs claims.  The matter was scheduled for oral argument to be held on August 23, 2010.  The court has reviewed Defendant's motion, Plaintiff's opposition, and Defendant's reply, and has determined that the matter is suitable for determination without oral argument.  Local Rule 78-230(h).  Should the court determine oral argument is warranted after further review of the parties' submitted materials, the court will set a date for or oral argument pursuant to Local Rule 78-230(h).

THEREFORE, it is hereby ORDERED that the hearing date of August 23, 2010, is hereby VACATED and no party shall appear at that time.  As of August 23, 2010, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:   __August 18, 2010__                                    _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE

2